1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  LUKE A. LISS, State Bar No. 247520
   Email: lliss@wsgr.com
4  CELINE G. PURCELL, State Bar No. 305158
   Email: cpurcell@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100

   Attorneys for Defendants
   Netflix, Inc., Reed Hastings,
   and David Wells

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES ZIOLKOWSKI, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., REED HASTINGS, and DAVID WELLS,<br><br>Defendants. | CASE NO.: 4:17-CV-01070-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATED REQUEST AND ORDER REGARDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

Defendants Netflix, Inc., Reed Hastings, and David Wells (collectively, "Defendants"), by and through their counsel, and plaintiff James Ziolkowski, individually and behalf of all others similarly situated ("Plaintiff"), by and through his counsel, hereby stipulate to the following:

WHEREAS, on March 1, 2017, Plaintiff filed a putative class action complaint (the "Complaint") against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5 promulgated thereunder;

WHEREAS, on March 2, 2017 the Court issued an Order setting the deadline for the filing of a Case Management Statement as May 23, 2017 and scheduling the Joint Case Management Conference for May 30, 2017;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Action of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which, *inter alia*, requires the Court to appoint a lead plaintiff to oversee the litigation and to approve the lead plaintiff's selection of lead counsel;

WHEREAS, motions for appointment as lead plaintiff are due on May 1, 2017;

WHEREAS, the hearing on any motions for appointment as lead plaintiff will be after the current due date for Defendants' response to the Complaint (May 15, 2017) and after the current deadline for filing a Case Management Statement (May 23, 2017);

WHEREAS, the parties anticipate that the Court-appointed lead plaintiff will file a consolidated or amended complaint that will supersede the existing Complaint and any later-filed complaint(s);

WHEREAS, Defendants presently intend to file a motion to dismiss, which would trigger a stay of discovery under the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties and the Court prior to the appointment of a lead plaintiff and the filing of the anticipated amended complaint, the parties have agreed, subject to the Court's approval, to the

continuance of the initial case management conference and an extension of time for Defendants to respond to the current Complaint; and

WHEREAS, this Stipulation and [Proposed] Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action, including, but not limited to the right to revisit the timing of the below-referenced pleadings and motions once lead counsel has been designated by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the Court order as follows:

1. Defendants shall not be required to respond to the Complaint filed in the above-captioned action until after the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and after the filing by such lead plaintiff of a consolidated or amended complaint or the designation of an operative complaint. Pursuant to Local Rule 6-1(a) this paragraph shall be effective upon the filing of this Stipulation with the Court.

2. Following the appointment of a lead plaintiff, Defendants shall meet and confer with the court-appointed lead plaintiff regarding a schedule for the filing of an amended complaint and the filing of Defendants' response thereto.

3. The deadline for submission of a Case Management Statement is extended and the Case Management Conference is continued until such time following the filing of Defendants' response to the consolidated or amended complaint designated by the court-appointed lead plaintiff, on a date to be selected by the Court.

**IT IS SO STIPULATED.**

Dated: April 26, 2017   WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation

                        By: s/ Rodney G. Strickland
                        *Attorneys for Defendants*

Dated: April 26, 2017                    KAHN, SWICK & FOTI, LLP

                                         By: s/Ramzi Abadou
                                             Ramzi Abadou
                                         KAHN SWICK & FOTI, LLP
                                         912 Cole Street #251
                                         San Francisco, CA 94117
                                         Telephone:  504-455-1400
                                         Facsimile:   504-455-1498
                                         ramzi.abadou@ksfcounsel.com

                                         FINKELSTEIN & KRINSK LLP
                                         Jeffrey R. Krinsk, Esq.
                                         Trenton R. Kashima, Esq.
                                         550 West C Street, Suite 1760
                                         San Diego, California 92101-3579
                                         Telephone: (619) 238-1333
                                         Facsimile:  (619) 238-5425

                                         *Attorneys for Plaintiff*

## Order

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 26, 2017          _____/s/ Haywood S. Gilliam, Jr._____
                                Honorable Haywood S. Gilliam, Jr.
                                United States District Judge


**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that Ramzi Abadou concurred in the filing of this document.

Dated: April 26, 2017

                                ___s/  Rodney G. Strickland
                                    Rodney G. Strickland