# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JAMES ZIOLKOWSKI, Individually and On Behalf of All Others Similarly Situated,
    Plaintiff(s),

v.

NETFLIX, INC., REED HASTINGS, and DAVID WELLS,
    Defendant(s).

Case No: 4:17-cv-01070-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alayne K. Gobeille, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lead Plaintiff in the above-entitled action. My local co-counsel in this case is Ramzi Abadou, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 206 Covington Street<br>Madisonville, LA 70447 | 912 Cole Street, # 251<br>San Francisco, CA 94117 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (504) 455-1400 | (415) 231-4313 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| alayne.gobeille@ksfcounsel.com | ramzi.abadou@ksfcounsel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: LA#33856.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/25/17

Alayne K. Gobeille
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alayne K. Gobeille is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/30/2017

Haywood S. Gill
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States of America

## State of Louisiana

## Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**ALAYNE KAREN GOBEILLE ESQ., #33856**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 18th Day of November, 2011 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 15th Day of September, 2017, A.D.

*[signature]*

Clerk of Court
Supreme Court of Louisiana