1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
3  CHERYL W. FOUNG, State Bar No. 108868
   Email: cfoung@wsgr.com
4  LUKE A. LISS, State Bar No. 247520
   Email: lliss@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

8  Attorneys for Defendants
9  Netflix, Inc., Reed Hastings,
   and David Wells

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES ZIOLKOWSKI, Individually and On Behalf of All Other Persons Similarly Situated, | CASE NO.: 4:17-CV-01070-HSG |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **STIPULATED REQUEST AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| NETFLIX, INC., REED HASTINGS, and DAVID WELLS, | |
| Defendants. | |

| | |
|---|---|
| 1 | Defendants Netflix, Inc., Reed Hastings, and David Wells (collectively, "Defendants"), |
| 2 | by and through their counsel, and Lead Plaintiff Michael J. DuDash, individually and behalf of |
| 3 | all others similarly situated ("Plaintiff"), by and through his counsel, hereby stipulate to the |
| 4 | following: |

WHEREAS, pursuant to the Court's Order of June 14, 2017, appointing Lead Plaintiff and Lead Counsel, and setting a schedule for the filing of an amended complaint and motion to dismiss briefing thereon (the "Schedule");

WHEREAS, pursuant to the Schedule, Plaintiff's amended complaint was filed on August 14, 2017, and briefing on Defendants' motion to dismiss the amended complaint has since been completed;

Whereas, the motion to dismiss Plaintiff's amended complaint is under submission as of the date of this stipulation, and the stay of discovery under the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), remains in place while such motion is pending;

WHEREAS, further pursuant to the Schedule entered on June 14, 2017, a case management conference is currently set for April 17, 2018;

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties and the Court prior to the Court's decision on Defendant's motion to dismiss, the parties have agreed, subject to the Court's approval, to the continuance of the case management conference; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the Court order as follows:

1. The deadline for submission of a case management statement is extended and the case management conference is continued until such time following the Court's Order on Defendant's motion to dismiss, on a date to be selected by the Court.

**IT IS SO STIPULATED.**

Dated: April 6, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/ Luke A. Liss
        Luke A. Liss

*Attorneys for Defendants
Netflix, Inc., Reed Hastings,
and David Wells*

Dated: April 6, 2018

KAHN, SWICK & FOTI, LLP

By: s/Ramzi Abadou
       Ramzi Abadou

KAHN SWICK & FOTI, LLP
912 Cole Street #251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq.
Trenton R. Kashima, Esq.
550 West C Street, Suite 1760
San Diego, California 92101-3579
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Attorneys for Plaintiff*

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that Ramzi Abadou concurred in the filing of this document.

Dated: April 6, 2018

       s/ Luke A. Liss
       Luke A. Liss

1 **Order**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 DATED: April 6, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge