Ramzi Abadou (SBN 222567)
ramzi.abadou@ksfcounsel.com
**KAHN SWICK & FOTI, LLP**
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

Jeffrey R. Krinsk (SBN 109234)
jrk@classactionlaw.com
David J. Harris, Jr. (SBN 286204)
djh@classactionlaw.com
**FINKELSTEIN & KRINSK LLP**
550 West C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Co-Lead Counsel for Lead Plaintiff*
*Michael DuDash and the Class*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ZIOLKOWSKI, Individually and On Behalf of All Others Similarly Situated, | No. 4:17-cv-01070-HSG |
| Plaintiff, | **CLASS ACTION** |
| | JURY TRIAL DEMANDED |
| vs. | |
| NETFLIX, INC., REED HASTINGS, and DAVID WELLS, | **STIPULATED REQUEST AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF AND LEAVE TO SUBMIT STATEMENT OF RECENT DECISION** |
| Defendants. | |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

STIPULATION AND [PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF AND STATEMENT OF RECENT DECISION

CASE NO. 4:17-CV-01070-HSG

Lead Plaintiff Michael J. DuDash ("Lead Plaintiff") by and through his counsel, and Defendants Netflix, Inc., Reed Hastings, and David Wells (collectively, "Defendants"), by and through their counsel, hereby stipulate to the following:

WHEREAS, on August 13, 2018 the Ninth Circuit Court of Appeals issued a published opinion in *Khoja v. Orexigen Therapeutics*, *Inc.*, No. 16-56069 (hereinafter "*Orexigen*");

WHEREAS, Lead Plaintiff believes the *Orexigen* opinion is relevant to issues presented in Defendants' Motion to Dismiss the Amended Complaint (ECF No. 34) and Request for Judicial Notice and Notice of Incorporation by Reference (ECF No. 36), and Lead Plaintiff's Request for Judicial Notice (ECF No. 48), which are pending before this Court;

WHEREAS, Lead Plaintiff moves this Court for Administrative Relief Pursuant Local Rule 7-11 for leave to file the *Orexigen* opinion as a Statement of Recent Decision (the "Motion");

WHEREAS, the parties have agreed, subject to the Court's approval, that Lead Plaintiff may seek leave to bring the *Orexigen* opinion to the attention of this Court pursuant to Local Rule 7-3(d).

**IT IS SO STIPULATED.**

DATED: August 16, 2018	**KAHN, SWICK & FOTI, LLP**

/s/ Ramzi Abadou
Ramzi Abadou (SBN 222567)
912 Cole Street # 251
San Francisco, CA 94117
Telephone:	(504) 455-1400
Facsimile:	(504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

**KAHN SWICK & FOTI, LLC**
Lewis Kahn (admitted *pro hac vice*)
lewis.kahn@ksfcounsel.com
Alexander L. Burns (admitted *pro hac vice*)
alexander.burns@ksfcounsel.com
Alayne Gobeille (admitted *pro hac vice*)
alayne.gobeille@ksfcounsel.com
1100 Poydras Street, Suite 3200

New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk (SBN 109234)
jrk@classactionlaw.com
David J. Harris, Jr. (SBN 286204)
djh@classactionlaw.com
Trenton R. Kashima (SBN 291405)
trk@classactionlaw.com

550 West C Street, Suite 1760
San Diego, CA 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Co-Lead Counsel for Lead Plaintiff Michael DuDash and the Class*

DATED: August 16, 2018

**WILSON SONSINI GOODRICH & ROSATI, Professional Corporation**

/s/ Keith Eggleton
Keith Eggleton (SBN 159842)
keggleton@wsgr.com
Rodney G. Strickland (SBN 161934)
rstrickland@wsgr.com
Cheryl W. Foung (SBN 108868)
cfoung@wsgr.com
Luke A. Liss (SBN 247520)
lliss@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants Netflix, Inc., Reed Hastings, and David Wells*

2

No. 4:17-cv-01070-HSG
STIPULATION AND [PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF
AND STATEMENT OF RECENT DECISION

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that Keith Eggleton concurred in the filing of this document.

Dated: August 16, 2018

                                              /s/ Ramzi Abadou
                                              Ramzi Abadou

No. 4:17-cv-01070-HSG
STIPULATION AND [PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF
AND STATEMENT OF RECENT DECISION

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION:**

1. Mr. DuDash's Motion is GRANTED; and

2. The Statement of Recent Decision shall be filed into the record and considered in connection with Defendants' Motion to Dismiss and Request for Judicial Notice and Notice of Incorporation by Reference, and Lead Plaintiff's Request for Judicial Notice (ECF Nos. 34, 36 and 48).

**IT IS SO ORDERED.**

DATED: _____August 17_, 2018

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE