UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES ZIOLKOWSKI, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., REED HASTINGS, and DAVID WELLS,<br><br>  Defendants. | CASE NO.: 4:17-CV-01070-HSG<br><br>CLASS ACTION<br><br>**ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE** |

The Amended Complaint (Docket Number 32) is dismissed with prejudice. The Clerk is directed to close the case. IT IS SO ORDERED.

DATED: October 22, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge